**FILED**

08/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0412

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0412

RANDY DENNISON,

      Petitioner,

   v.

                                             O R D E R

MIKE LINDER,
Yellowstone County Sheriff,
Yellowstone County Detention Center,
(YCDC),

      Respondent.

On August 1, 2022, self-represented Petitioner Randy Dennison filed a Petition for Writ of Habeas Corpus, alleging unlawful imprisonment and restraint of his liberty. Dennison raised a claim of excessive bail as well as claims concerning his arrest, a beating, cruel and unusual punishment while in custody, and his missing mountain bike.

Dennison now moves this Court for dismissal of this proceeding. He states that his grounds are not appropriate for a writ of habeas corpus. Therefore, upon good cause,

IT IS ORDERED that Dennison's Motion for Dismissal is GRANTED and his Petition for Writ of Habeas Corpus is DISMISSED.

The Clerk is directed to provide a copy of this Order to: counsel of record; John Ryan, Deputy Yellowstone County Attorney; Sheriff Mike Linder, YCDC; and Randy Dennison personally.

DATED this _____ day of August, 2022.

                                    For the Court,

                                  By _____
                                           Chief Justice